AUSA Kenneth R. Chadwell (313-226-96__)
Special Agent Jeffrey Jacobs (313-965-2323)

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

USWA# 4 1506 039
FID 8758036

United States of America
v.
TOMO DUHANAJ

Case: 2:12-mj-30488
Judge: Unassigned,
CMP: Sealed Matter (jj)

## ARREST WARRANT

FILED
AUG 0 6 2012
CLERK'S OFFICE-DETROIT-PSG
U.S. DISTRICT COURT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)    **TOMO DUHANAJ**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

**FALSE STATEMENTS**

I hereby certify that the foregoing is a true copy of the original on file in this Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BY: _____ Deputy

Date:   AUG 0 3 2012

LAURIE J. MICHELSON

*Issuing officer's signature*

City and state:   Detroit, Michigan

MAGISTRATE JUDGE LAURIE J. MICHELSON
*Printed name and title*

### Return

This warrant was received on (date)  8/3/12 , and the person was arrested on (date)  8/1/12
at (city and state)  Troy, MI .

Date:  8/5/12

*Arresting officer's signature*
Jeffrey Jacobs, Special Agent
*Printed name and title*

Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA