UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

-vs-                                        CRIMINAL NO. 12-mj-30488

TOMO DUHANAJ,

       Defendant.
_____/

## ORDER GRANTING LEAVE TO
## DISMISS COMPLAINT WITHOUT PREJUDICE

     This matter coming before the Court on the government's motion, with notice having been provided to the defense, for the reasons stated in the government's motion, the Court grants the government leave to dismiss the complaint against defendant TOMO DUHANAJ.  Accordingly, it is hereby ordered that the complaint against that defendant be dismissed without prejudice, and that defendant's appearance bond, if any, and the order setting conditions of pretrial release be canceled.

                                                s/ Mona K. Majzoub
                                                HON. MONA K. MAJZOUB
                                                United States Magistrate Judge

Entered: August 24, 2012